[No. 10119–0–II.   Division Two.   December 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN SATRA, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 85–1–00069–1, Herbert E. Wieland, J., entered July 18, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9955–1–II.   Division Two.   December 4, 1987.]

WILLIAM N. BRANSON, *Respondent,* v. BEAU A. WEIDMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–2–01855–0, Robert L. Harris, J., entered April 30, 1986. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 18031–2–I.   Division One.   December 7, 1987.]

STEPHANIE JOHNSON O'DAY, *Appellant,* v. JANET ROOKS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–16411–3, James J. Dore, J., entered January 10, 1986. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Andersen and Ellington, JJ. Pro Tem.